176 So.2d 147

Harvey E. KENNEDY et ux.

v.

COLUMBIA CASUALTY COMPANY et al.

No. 47831.

June 28, 1965.

In re: Harvey E. Kennedy and Mrs. Alberta T. Kennedy applying for certiorari, or writ of review, to the Court of Appeal,

First Circuit, Parish of West Feliciana. 174 So.2d 869.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.